RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Brian Thomas Verchick

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00698-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| BRIAN THOMAS VERCHICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Brian Thomas Verchick, that the Sentencing Hearing currently scheduled on February 27, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

///

///

1  This Stipulation is entered into for the following reasons:

2      1.      The defendant needs additional time to prepare for sentencing.

3      2.      The defendant is not in custody and agrees to the request.

4      3.      The parties agree to the continuance.

5      This is the first request for a continuance of the sentencing hearing.

6      DATED this 22nd day of February, 2019.

7

8  RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
   Federal Public Defender               United States Attorney

9

10      */s/ Kathryn C. Newman*                    */s/ Daniel R. Schiess*
    By_____          By_____

11  KATHRYN C. NEWMAN                     DANIEL R. SCHIESS
    Assistant Federal Public Defender     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00698-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN THOMAS VERCHICK, | |
| Defendant. | |

                                      sentencing

IT IS THEREFORE ORDERED that the ~~revocation~~ hearing currently scheduled for Wednesday, February 27, 2019 at 9:00 a.m., be vacated and continued to  May 8, 2019  at the hour of  9:00 a.  .m.; or to a time and date convenient to the court.

DATED this 25th day of February, 2019.

_George Foley Jr._____

UNITED STATES MAGISTRATE JUDGE

3